In the
United States Court of Appeals
for the Fifth Circuit

No. 23-30048

UNITED STATES OF AMERICA,

*Plaintiff - Appellee,*

*versus*

VICTOR CLARK KIRK,

*Defendant - Appellant*

Appeal from the United States District Court
For the Middle District of Louisiana
USDC No. 3:19-CR-115-1

## MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT, comes Dustin C. Talbot, Assistant Federal Public Defender, representing the defendant-appellant, Victor Clark Kirk, who respectfully shows:

1.

Undersigned appointed counsel represents Victor Clark Kirk in this Court in connection with the appeal of a criminal conviction and sentence in the district court.

2.

On January 11, 2024, the Court of Appeals issued an unpublished opinion affirming Victor Clark Kirk's conviction and sentence but remanding back to the district court "for more detailed findings by the district court regarding both Kirk's salary and his bonuses during the alleged fraud based upon the evidence originally presented."

3.

Undersigned counsel has reviewed the Court of Appeals' opinion and does not believe there are any issues which merit a petition for rehearing in this Court or that meet the strict guidance in Supreme Court Rule 10 for Supreme Court review of certiorari. Undersigned counsel believes that the filing of a petition for writ of certiorari in this case would be futile. Mr. Kirk, however, desires to continue challenging the portions of his conviction and sentence that were affirmed by this Court. Accordingly, undersigned counsel hereby requests that this Court relieve counsel from filing a petition for writ of certiorari in this case. Undersigned, however, will continue to represent Mr. Kirk in the forthcoming district court proceedings pursuant to the remand from this Court.

4.

Undersigned counsel has advised Victor Clark Kirk of his intent to withdraw in this Court and to be relieved from filing a petition for writ of certiorari with the Supreme Court. Undersigned has made clear to Kirk that he will continue to represent him in any district court proceedings brough about by this Court's remand. Undersigned has also advised Kirk of the deadline for filing a petition for a rehearing in this Court and the deadline for filing a petition for a writ of certiorari at the Supreme Court. Counsel has further advised Victor Clark Kirk that he has a right to file a petition for a rehearing in this Court and/or a petition for writ of certiorari to the Supreme Court, but that he must do so *pro se* or through privately retained counsel.

WHEREFORE, Dustin C. Talbot, Assistant Federal Public Defender, prays that he be allowed to withdraw as counsel of record for Victor Clark Kirk in these direct appeal proceedings so that Kirk can file a *pro se* petition to the Supreme Court. Undersigned will continue to represent Mr. Kirk in the district court proceedings pursuant to this Court's remand.

Respectfully Submitted,

REBECCA L. HUDSMITH
Federal Public Defender

BY:    *s/ Dustin C. Talbot*
       DUSTIN C. TALBOT
       Appellate Chief
       Federal Public Defender's Office
       Middle and Western Districts of Louisiana
       102 Versailles Boulevard, Suite 816
       Lafayette, Louisiana 70501
       Telephone: (337) 262-6336

*Attorney for the Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the above and foregoing motion has this day been served by e-mail by virtue of the electronic filing of this document with the Court's CM-ECF system on counsel for the government and one copy has been mailed to:

Victor Clark Kirk
Register Number: 09254-095
FCI FORREST CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 9000
FORREST CITY, AR  72336

Lafayette, Louisiana, February 8, 2024.

                    *s/Dustin C. Talbot*
                    DUSTIN C. TALBOT

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS</u>

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 417 words.

2. This document complies with the typeface requirements of Fed.R.App.P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in Century typeface with a 14 point font.

Lafayette, Louisiana, February 8, 2024.

<u>*s/Dustin C. Talbot*</u>
DUSTIN C. TALBOT